██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS B. SIMCOE, Appellant. [908 NYS2d 382]—Motion for reargument denied. Present—Smith, J.P., Fahey, Lindley, Sconiers and Green, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM R. PRAILEAU, Petitioner, v PATRICIA LeCONEY, Superintendent, Cape Vincent Correctional Facility, et al., Respondents. [908 NYS2d 381]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Smith, Centra and Green, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK J. CRISALLI, Appellant. [907 NYS2d 896]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, William F. Kocher, J.—Burglary, 3rd Degree). Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID DALE, Appellant. [907 NYS2d 896]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Robert B. Wiggins, J.—Violation of Probation). Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES GIST, Appellant, v J.P. MORRISSEY, Superintendent, Butler Correctional Facility, Respondent. [907 NYS2d 898]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wayne County, Dennis Kehoe, A.J.—Habeas Corpus). Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.

██ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO MALAVE, Appellant. [907 NYS2d 897]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Wyoming County Court, Michael F. Griffith, J.—Attempted Promoting Prison Contraband, 1st Degree). Present—Scudder, P.J., Martoche, Smith, Fahey and Green, JJ.